**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| YESSICA L. PAOLERCIO, individually and on behalf of other similarly situated individuals,<br>    Plaintiffs<br><br>v.<br><br>SPECIALTY HOME CARE SERVICES, INC., alias, ANNE SHATTUCK, alias, WILLIAM D. PANE, alias, and CHERYL LEE, alias,<br>    Defendants | :<br>:<br>:<br>:<br>:  C.A. No.:2017-561-WES-PAS<br>:<br>:<br>:<br>:<br>: |

## DISMISSAL STIPULATION

Now comes the Plaintiff in the above-cited matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and does hereby stipulate that that any and all claims alleged in the within matter are hereby dismissed, with prejudice, no interest, no costs.

                                                Plaintiff **Yessica L. Paolercio**
                                                By her attorneys,
                                                **SINAPI LAW ASSOCIATES, LTD.**

**Dated:  February 1, 2018**          **/s/ Richard A. Sinapi, Esq**
                                                **Richard A. Sinapi, Esq.  (#2977)**
                                                2374 Post Road, Suite 201
                                                Warwick, RI 02886
                                                Phone: (401) 739-9690; Fax (401) 739-9040
                                                Email:  ras@sinapilaw.com